

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-19-00001-CV**

**IN RE CANDICE MCCOMB,**
**AS INDEPENDENT ADMINISTRATRIX**
**OF THE ESTATE OF CORY DELANE STEWART**

_____

**Original Proceeding**

---

**O R D E R**

---

On January 3, 3019, this Court received relator's Petition for Writ of Mandamus and accompanying motion to stay the upcoming trial set for February 4, 2019. After reviewing the contents of relator's filings, a response is requested to Relator's Petition for Writ of Mandamus. *See* TEX. R. APP. P. 52.8(b). Any response must be filed with the Clerk of this Court within 21 days from the date of this letter. Furthermore, we grant relator's unopposed motion to stay the February 4, 2019, trial setting until this matter has been resolved by this Court.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Stay granted; response requested
Order issued and filed January 9, 2019

